**James Semme FRAZIER,
Plaintiff–Appellant,**

v.

**Richard DANZIG, Secretary of the
Navy, Defendant–Appellee.**

No. 00–2350.

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 17, 2001.

James Semme Frazier, pro se.

Edward John Martin, Office of the United States Attorney, Alexandria, VA, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

James Semme Frazier appeals the district court's order granting Secretary Richard J. Danzig of the Department of the Navy his motion to dismiss or in the alternative for summary judgment. We have reviewed the record and the district court's order and find no reversible error. We find that the district court did not abuse its discretion by denying Frazier's motion for a stay of the proceedings. We further find that Frazier failed to establish that the legitimate non-discriminatory reason given for his removal was a pretext for discrimination. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*